**Opinion issued August 6, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00240-CV

_____

**GIOVANNY LAGUAN, Appellant**

**V.**

**PADDINGTON STATION, LLC, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 19-DCV-266910**

---

## MEMORANDUM OPINION

Appellant, Giovanny Laguan, proceeding pro se, has filed a notice of appeal from the trial court's March 22, 2024 "Order Denying [Appellant's] Motion to Strike" reinstatement of the case.

Appellant has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On April 19, 2024 and May 24, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not respond.

Accordingly, we dismiss the appeal for lack of jurisdiction and for nonpayment of all required fees. *See* TEX. R. APP. P. 42.3(a), (b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.